UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
FELIX GONZALEZ,                             :
                                            :   Civ. No. 15-2993 (RBK)
       Petitioner,                          :
                                            :
  v.                                        :   **MEMORANDUM AND ORDER**
                                            :
WARDEN JORDAN HOLLINGSWORTH,                :
                                            :
       Respondent.                          :
_____:

    Petitioner is a federal prisoner currently incarcerated at F.C.I. Fort Dix in Fort Dix, New Jersey. He is proceeding with a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On July 7, 2015, this Court dismissed petitioner's habeas petition for vagueness, but petitioner was given him time to file an amended habeas petition. On August 5, 2015, this Court received petitioner's amended habeas petition. Accordingly, the Clerk will be ordered to reopen this case.

    In accordance with Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 cases through Rule 1(b) of the Rules Governing Section 2254 Cases, this Court has screened the amended petition for dismissal and determined that dismissal without an answer and the record is not warranted.

    Accordingly, IT IS this   11th   day of   August,  2015,

    ORDERED that the Clerk shall reopen this case; and it is further

    ORDERED that the Clerk shall serve a copy of the amended petition (Dkt. No. 6.) and this Order upon respondent Hollingsworth by regular mail, with all costs of service advanced by the United States; and it is further

2

ORDERED that the Clerk shall forward a copy of the amended habeas petition (Dkt. No. 6.) and this Order to the Chief, Civil Division, United States Attorney's Office, at the following email address:  USANJ-HabeasCases@usdoj.gov; and it is further

ORDERED that within forty-five (45) days of the date of the entry of this Order, respondent shall file and serve an answer which responds to the allegations and grounds in the petition and which includes all affirmative defenses respondent seeks to invoke; and it is further

ORDERED that respondent shall file and serve with the answer certified copies of all documents necessary to resolve petitioner's claim(s) and affirmative defenses; and it is further

ORDERED that within forty-five (45) days of receipt of the answer, petitioner may file a reply to the answer; and it is further

ORDERED that within seven (7) days of petitioner's release, be it parole or otherwise, respondent shall electronically file a written notice of the same with the Clerk.

s/Robert B. Kugler  
ROBERT B. KUGLER  
United States District Judge